# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THE LATHAN COMPANY

VERSUS

STATE OF LOUISIANA,
DEPARTMENT OF EDUCATION,
RECOVERY SCHOOL DISTRICT;
AND JOHN WHITE IN HIS
OFFICIAL CAPACITY AS THE
STATE OF LOUISIANA
SUPERINTENDENT OF EDUCATION

NO.  2022 CW 0215

**JUNE 21, 2022**

---

In Re:  Jacobs  Project  Management  Co./CSRS  Consortium,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 612067.

---

**BEFORE:  WHIPPLE,  C.J.,  GUIDRY AND WOLFE, JJ.**

**STAY DENIED; WRIT GRANTED WITH ORDER.**  The trial court's judgment signed on February 1, 2022 granted the motion for sanctions filed by The Lathan Company based on its finding that Jacobs Project Management Company/CSRS Consortium violated the court's June 8, 2021 judgment.  The judgment also awarded The Lathan Company "all fees, costs and expenses (collectively "Fees")," but did not specify the amount of the award.  The amendment to Subparagraph (A)(10) of La. Code Civ. P. art. 2088 clarifies that the trial court retains jurisdiction for purposes of setting "costs, expert witness fees, and attorney fees" after an appeal has been taken from the initial judgment.  See Comments--2021(a).  Accordingly, we find the February 1, 2022 judgment is a final, appealable judgment.  See La. Code Civ. P. art. 1915(A)(6); **Capital City Press, LLC v. Louisiana State University System Board of Supervisors**, 2013-1994 (La. 8/28/13), 120 So.3d 250.  Therefore, it is ordered that this case be remanded to the district court with instruction to grant Jacobs Project Management Company/CSRS Consortium an appeal pursuant to the February 10, 2022 pleading notifying the trial court of its intention to seek writs.  See **In re Howard**, 541 So.2d 195 (La. 1989)(per curiam).  A copy of this court's action is to be included in the appellate record.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT